IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON PAWLAK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMPUSOLVEPA.COM, et al. | : | NO.  15-438 |

## **O R D E R**

AND NOW, this 14th  day of July, 2015, upon consideration of the Order approving the settlement agreement (Doc.19), Plaintiff's petition for attorney's fees and costs (Doc. 21), the response (Doc. 22), and Plaintiff's reply (Doc. 23), IT IS HEREBY ORDERED that Plaintiff is awarded $9,816.53 in fees and costs ($9,171.78 in fees and $644.75 in costs).  Defendant shall remit this amount to Plaintiff within thirty days of the entry of this Order.  The Clerk of Court is directed to close this case statistically.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.